1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200,
4  San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   Attorneys for Plaintiff
6
7  SERVANDO R. SANDOVAL (SBN: 205339)
   sshapiro@pahl-mccay.com
8  ERIC J. STEPHENSON (SBN: 282305)
   estephenson@ahl-mccay.com
9  PAHL & McCAY
10 A Professional Law Corporation
   225 West Santa Clara Street, Suite 1500
11 San Jose, California 95113-1752
   Telephone: (408) 286-5100
12 Facsimile: (408) 286-5722
13 Attorney for Defendants
   VSK Group LLC; Miguel Angel Gallegos and
14 Maria G. Betancourt Castaneda

APPROVED
*Beth Labson Freeman*
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>VSK GROUP LLC, a California Limited Liability Company; MIGUEL ANGEL GALLEGOS; MARIA G. BETANCOURT CASTANEDA; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:19-CV-06782-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 19, 2020        CENTER FOR DISABILITY ACCESS

By: /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorney for Plaintiff

Dated: June 19, 2020        PAHL & McCAY

By: /s/Eric J. Stephenson
Eric J. Stephenson
Attorney for Defendant
VSK Group LLC; Miguel Angel Gallegos and Maria G. Betancourt Castaneda

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Eric J. Stephenson, counsel for VSK Group LLC; Miguel Angel Gallegos and Maria G. Betancourt Castaneda, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 19, 2020           CENTER FOR DISABILITY ACCESS

                                          /s/Amanda Lockhart Seabock
                                          Amanda Lockhart Seabock
                                          Attorney for Plaintiff